UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jack T. Ward</u>

     v.                              Civil No. 12-cv-483-JD

<u>State of New Hampshire</u>

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 28, 2013.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988));  <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                          */s/ Joseph A. DiClerico, Jr.*
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: June 20, 2013

cc:  Jack T. Ward, pro se